UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-258 |
| VERSUS | SECTION "J" |
| MASTERMIND SHIPMANAGEMENT, LTD.<br>DUSKO JOKETIC | VIOLATION: 33:1908(a);<br>18:1001(3) |

**NOTICE OF REARRAIGNMENT on OCTOBER 4, 2012 AT 9:30AM
AS TO BOTH DEFENDANTS**

Take Notice that this criminal case has been set for REARRAIGNMENT on THURSDAY, OCTOBER 4, 2012, 9:30 am before Judge Carl J. Barbier , Courtroom C-268,  500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  September 20, 2012

TO:
MASTERMIND SHIPMANAGEMENT, LTD.

Daniel Tardos, Esq.
for defendant Mastermind Shipmanagement, Ltd.
1100 Poydras Street
N.O., LA 70163

DUSKO JOKETIC

Edward J. Castaing, Jr., Esq.
ecastaing@cclhlaw.com
for defendant Dusko Joketic

Special Agent Wade B. Bortle
Coast Guard Investigative Service
Wade.B. Bortle@uscg.mil

Special Agent Paul D. Kisela
Coast Guard Investigative Service
Paul.D.Kisela@uscg.mil

LORETTA G. WHYTE, CLERK

by: S/Stephanie Kall
      STEPHANIE KALL,  Deputy Clerk

AUSA: Dorothy Manning Taylor
         Spiro G. Latsis
U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

JUDGE

MAGISTRATE

COURT REPORTER COORDINATOR
INTERPRETER:


If you change address,
notify clerk of court
by phone, 589-7694