MINUTE ENTRY
SEPTEMBER 21, 2012
KNOWLES, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-258 |
| MASTERMIND SHIPMANAGEMENT, LTD | SECTION: J |

INITIAL APPEARANCE

APPEARANCES:   X  DEFENDANT (WITH)/WITHOUT COUNSEL   DANIEL TARDOS, ESQ.
1100 POYDRAS ST., SUITE 2300, NO, LA 70163
X  ASSISTANT U.S. ATTORNEY   DOROTHY MANNING TAYLOR and Spiro Cocoveras
___ INTERPRETER _____
Designated by Court and sworn.   Time: _____ .M to _____ .M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE BILL OF INFORMATION WAS:
    READ   (WAIVED)   SUMMARIZED

X DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00:02

\_/ BAIL SET AT _____

_____

_____

_____

\_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

\_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING / REMOVAL HEARING / (ARRAIGNMENT) IS SET FOR _held_

\_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

\_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

\_/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING / REMOVAL HEARING / ARRAIGNMENT/DETENTION HEARING / HEARING TO DETERMINE COUNSEL WITH COUNSEL_____

