MINUTE ENTRY
KNOWLES, MJ
SEPTEMBER 21, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 12-258 |
| MASTERMIND SHIPMANAGEMENT, LTD. | SECTION J |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X  DEFENDANT
             X  COUNSEL FOR DEFENDANT    DANIEL TARDOS
             X  ASSISTANT U.S. ATTORNEY  DOROTHY M. TAYLOR + Spiro Balsis
             __ INTERPRETER _____ SWORN
                (TIME: _____ .M to _____ .M)

X / READING OF THE BILL OF INFORMATION: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

X OTHER: Waiver of indictment executed and Corporate Resolution Statement submitted to the Court.

**NOTICE:** X / PRE-TRIAL CONFERENCE: **TO BE SET BY SECTION J**

**BEFORE UNITED STATES DISTRICT JUDGE CARL BARBIER**

X / TRIAL:  **TO BE SET BY SECTION J**

**BEFORE UNITED STATES DISTRICT JUDGE CARL BARBIER**

MJSTAR: 00:02