AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No.    12-258 "J" (2) |
| MASTERMIND SHIPMANAGEMENT, LTD | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/21/12

*Defendant's signature*

*Signature of defendant's attorney*

DANIEL TARDOS, ESQ.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Daniel E. Knowles, III, U.S. Magistrate Judge
*Judge's printed name and title*