## MASTERMIND SHIPMANAGEMENT, LTD.

**Centro Imperio Bldg**
**11 Gregori Afxentiou St., 3rd Floor**
**Limassol, Cyprus 4003**

Minutes of the meeting of the Board of Directors of Mastermind Shipmanagement, Ltd., held in Limassol, Cyprus (the "Corporation"), on the ___14th__ day of September, 2012.

---

A quorum of the Directors being present in person, the meeting proceeded to business.

The Chairman, _____, advised the meeting of the negotiations with the United States Attorney for the Eastern District of Louisiana regarding charges filed against the Corporation.

**WHEREAS,** the United States of America contends that the Corporation has violated the Act to Prevent Pollution from Ships;

**WHEREAS,** the Corporation has engaged in plea negotiations with the United States Attorney for the Eastern District of Louisiana regarding the charges filed against the Corporation, which have resulted in a Plea Agreement acceptable to the Corporation and the United States;

**WHEREAS,** the United States of America will be filing a bill of information, charging the Corporation with felony violations of the statutes said above;

**WHEREAS,** the terms of the Plea Agreement reached between the Corporation and the United States of America require the Corporation to plead guilty to two counts of felony charges for violation of 33 U.S.C. §1908(a), and the entry of this plea may require the Corporation to take certain representations and commitments binding the Corporation;

UPON MOTION DULY MADE, seconded and unanimously carried;

### IT WAS UNANIMOUSLY RESOLVED:

That Daniel A. Tadros, as attorney for the Corporation, is hereby authorized to waive indictment, execute the Plea Agreement on behalf of the Corporation, make court appearances on behalf of the Corporation, enter a plea of guilty on behalf of the Corporation, to two counts of felony charges for violations of 33 U.S.C. §1908(a), and to sign all documents necessary to carry out the terms of the Plea Agreement, including signing a Joint Factual Statement.

There being no further business for discussion, and all corporate formalities for such authorization having been observed, the Chairman declared the meeting closed.

1811131-1

Certified to be a true copy from the Minutes Book of Mastermind Shipmanagement, Ltd., held in Limassol, Cyprus.

Dated: ____14th_ of September, 2012.

_____
CHAIRMAN