✏AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
             Sheet 1

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____LOUISIANA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>MASTERMIND SHIPMANAGEMENT, LTD. | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants)<br><br>CASE NUMBER:     12-258, Section J<br><br>Daniel Tadros<br>Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

X  pleaded guilty to count(s)    1 & 2

☐  pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐  was found guilty on count(s) _____
    after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count**s |
|---|---|---|---|
| 33:1908(a) | Violation of the Act to Prevent Pollution from Ships (Failure to Maintain an Accurate Oil Record Book) | | 1 & 2 |

The defendant organization is sentenced as provided in pages 2 through    5    of this judgment.

☐  The defendant organization has been found not guilty on count(s) _____

☐  Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

    It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:  N/A

Defendant Organization's Principal Business Address:

63 Christaki Kranou Street

CY 4042 Limassol

Cyprus

Defendant Organization's Mailing Address:

same as above

JANUARY 10, 2013
Date of Imposition of Judgment

*/s/ Carl J. Barbier*
Signature of Judge

CARL J. BARBIER, U.S. DISTRICT JUDGE
Name and Title of Judge

JANUARY 10, 2013
Date

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

Judgment—Page 2 of 5

DEFENDANT ORGANIZATION:   MASTERMIND SHIPMANAGMENT, LTD
CASE NUMBER:   12-258, Section J

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :

3 years, as to each of counts 1 & 2, such terms to run concurrently.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E      (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants

Judgment—Page 3 of 5

DEFENDANT ORGANIZATION:     MASTERMIND SHIPMANAGEMENT, LTD
CASE NUMBER:     12-258, Section  J

# ADDITIONAL PROBATION TERMS

In addition, as per the Rule 11(c)(1)(C) agreement, the following special conditions are imposed:
1) The defendant shall commit no further violations of MARPOL 73/78, federal, state or local law, including those laws and regulations for which primary enforcement has been delegated to state authorities, and shall conduct all its operations in accordance with environmental laws of the United States.
2) The defendant shall implement an approved Environmental Compliance Plan ("ECP"), during its term of probation.
3) The defendant shall not take any adverse action against the officers and crew members who cooperated with the investigation. Prohibited adverse actions include, but are not limited to, dismissal from service, refusal to offer future work assignments and negative performance review.
4) The defendant shall continue to comply with the terms of the Surety Agreement entered into with the United States Coast Guard and to fully provide salary, room and board, and travel expenses for its seafarer crew members until the crews are cleared to return to their homes.
5) The defendant shall pay any fine that is imposed by this judgment.
6) The defendant shall inform the United States Probation Officer of any breach of compliance.

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
    Criminal Monetary Penalties

Judgment — Page **4** of **5**

DEFENDANT ORGANIZATION: MASTERMIND SHIPMANAGEMENT, LTD
CASE NUMBER: 12-258, Section J

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 800.00 | $ 750,000.00 | $ 0.0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X It is ordered that:

    X the interest requirement is waived for the    X fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Schedule of Payments

Judgment — Page 5 of 5

DEFENDANT ORGANIZATION:    MASTERMIND SHIPMANAGEMENT, LTD
CASE NUMBER:    12-258, Section J

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☒  Lump sum payment of $ 750,000.00 due immediately.

   ☐ not later than _____ , or
   ☐ in accordance with   ☐ C or   ☐ D below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C or   ☐ D below); or

**C**  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☒  Special instructions regarding the payment of criminal monetary penalties:

   Fine payments shall be made payable to the Clerk, United States District Court, and are to be forwarded to the following address: U.S. CLERK'S OFFICE, ATTN.: FINANCIAL SECTION, 500 POYDRAS STREET, ROOM C151, NEW ORLEANS, LOUISIANA 70130.
   The fine shall be paid immediately. The U.S. Probation Office and the U.S. Attorney's Office are responsible for enforcement of this order.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.